that the plaintiff was guilty of contributory negligence. Van Kirk, P. J., Hinman, Hill and Hasbrouck, JJ., concur; Davis, J., dissents and votes for affirmance.

JOHN CLEARY, Respondent, v. F. A. FEYL, Appellant.— Judgment affirmed, with costs. Van Kirk, P. J., Hinman, Davis and Hasbrouck, JJ., concur; Hill, J., dissents on the ground that the presumption that defendant's car was being used with his consent, express or implied, disappeared in the face of substantial evidence to the contrary. (*Potts* v. *Pardee*, 220 N. Y. 431.)

EDWIN B. ACKERMAN, Appellant, v. JAMES O. WINSTON, Respondent.— Order reversed on the law and facts, with costs, and verdict reinstated and judgment directed thereon, with costs, on the ground that there was sufficient evidence to support the verdict. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

IRA R. SMITH, Respondent, v. ALEX LEVISON, Trading as SULLIVAN COUNTY PRODUCE COMPANY, Appellant.— Judgment affirmed, with costs. Whitmyer, Hill and Hasbrouck, JJ., concur; Van Kirk, P. J., and Hinman, J., dissent.

PRACTICAL GARAGE, INC., and Another, Respondents, v. THE AMERICAN CO-OPERATIVE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. PRACTICAL GARAGE, INC., and Another, Respondents, v. FIFTH CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. PRACTICAL GARAGE, INC., and Another, Respondents, v. CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. PRACTICAL GARAGE, INC., and Another, Respondents, v. THE THIRD CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant. PRACTICAL GARAGE, INC., and Another, Respondents, v. MOUNTAIN CO-OPERATIVE FIRE INSURANCE COMPANY OF SULLIVAN AND ADJOINING COUNTIES, Appellant.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

TUNIS R. THOMAS, Respondent, v. THE SARATOGA ASSOCIATION FOR THE IMPROVEMENT OF THE BREED OF HORSES, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

ELIZABETH MCCARTHY and Others, Appellants, v. JOSEPH SYLVESTER and Others, Respondents.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

FRANK C. PINGITORE, Appellant, v. MARY PINGITORE, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

NEW YORK STATE NATIONAL BANK, ALBANY, Respondent, v. HIDES-FRANKLIN MINERAL SPRINGS, INC., and Others, Defendants, Impleaded with MICHAEL C. FITZ GERALD, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ANTHONY LICARDO, an Infant, by EUGENE LICARDO, His Guardian ad Litem, Respondent, v. JOSEPH LICARDO, Appellant.— Order reversed on the law and facts, with costs, and verdict reinstated, and judgment directed thereon, with costs, on the ground that the verdict is justified and sustained by the evidence. (*Leversee* v. *Neidermyer*, 219 App. Div. 214; *Hogan* v. *Franken*, 221 id. 164.) Davis, Whitmyer and Hill, JJ., concur; Van Kirk, P. J., and Hasbrouck, J., dissent on the ground that there was no abuse of discretion by the trial justice.